**1660-14**

# ELECTRONIC RECORD

COA # 01-14-00375-CR      OFFENSE: 10.01 (Habeas Corpus)

STYLE: Ex parte William D. Driver v.      COUNTY: Harris

COA DISPOSITION: AFFIRM      TRIAL COURT: 182nd District Court

DATE: 11/20/2014      Publish: NO    TC CASE #: 1396922

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Ex parte William D. Driver v.      CCA #: **1660-14**

_APPELLANT'S_ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_REFUSED_      JUDGE: _____

DATE: 02/11/2015      SIGNED: _____      PC: _____

JUDGE: _Per Curiam_      PUBLISH: _____      DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD